# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goodstein, Aaron E. | District Court -E.D. Wisconsin | 05/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-Time (Recall) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐  Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

258 United States Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI 53202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Bank Savings Account | B | Interest | K | T | | | | | |
| 2. IRA #1: | | | | | | | | | |
| a) TCW Galileo FDS Inc. | A | Dividend | | | Sold | 07/17/14 | J | A | |
| b) Vanguard/Windsor Fund | A | Dividend | | | Sold | 07/17/14 | J | A | |
| c) ING Funds f/k/a Pilgrim Mayflower Tr. | A | Dividend | | | Sold | 07/17/14 | J | A | |
| d) JP Morgan TR 1 | A | Interest | K | T | | | | | |
| e) T. Rowe Price Mid-Cap Growth Fund | A | Dividend | | | Sold | 07/17/14 | J | A | |
| f) FMI Mutual Funds, Inc. | A | Dividend | | | Sold | 07/17/14 | J | A | |
| g) Western Asset Core Plus Portfolio | A | Dividend | | | Sold | 07/17/14 | J | A | |
| h) General Mills | A | Dividend | | | Sold | 07/22/14 | J | A | |
| i) The Royce Funds Premier Series | A | Dividend | | | Sold | 07/17/14 | J | A | |
| j) Goldman Sachs Group | A | Dividend | J | T | | | | | |
| k) Artio Global Investment Funds | A | Dividend | | | Sold | 07/17/14 | J | A | |
| l) Perkins Mid Cap Value | A | Dividend | | | Sold | 07/17/14 | J | A | |
| m) General Electric Capital Corp. | A | Dividend | K | T | | | | | |
| n) Caterpillar Fin'l Group | A | Interest | | | Sold | 07/23/14 | K | | |
| o) AMG Southernsun US EQI | A | Dividend | K | T | Buy | 07/17/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. p) Cohen & Steers Realty Shares | A | Dividend | J | T | Buy | 07/17/14 | J | | |
| 19. q) Diamond Hill Funds | A | Dividend | K | T | Buy | 07/17/14 | K | | |
| 20. r) Oppenheimer Developing | A | Dividend | J | T | Buy | 07/17/14 | J | | |
| 21. s) Oppenheimer International | A | Dividend | J | T | Buy | 07/17/14 | J | | |
| 22. t) Riverpark FDS TR | A | Dividend | K | T | Buy | 07/17/14 | K | | |
| 23. u) IShares Int'l Select | A | Dividend | K | T | Buy | 11/14/14 | K | | |
| 24. 3. Brokerage Account #1: | | | | | | | | | |
| 25. a) Fidelity Fund | A | Dividend | | | Sold | 07/25/14 | L | E | |
| 26. b) Mass. Investors Growth | A | Dividend | | | Sold | 07/25/14 | M | E | |
| 27. c) AT&T | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 28. d) Davis New York Venture Fund | A | Dividend | | | Sold | 07/25/14 | L | D | |
| 29. e ) Olstein Financial Alert Fund | B | Dividend | | | Sold | 07/25/14 | K | D | |
| 30. f) Berkshire Hathaway | | None | K | T | | | | | |
| 31. g) Ares Capital Corp | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 32. h) JP Morgan TR 1 | A | Interest | J | T | | | | | |
| 33. i) Chevron Corp. | A | Dividend | J | T | | | | | |
| 34. j)Vodephone | B | Dividend | | | Sold | 07/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   k)Teva Pharmaceutical | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 36.   l) Valley National Bancorp | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 37.   m) IShares MSCI Emerging Markets | A | Dividend | J | T | Buy | 12/26/14 | J | | |
| 38.   n) IShares Int'l Select | A | Dividend | K | T | Buy | 11/10/14 | K | | |
| 39.   o) Vanguard Index Funds Mid-cap | A | Dividend | J | T | Buy | 12/26/14 | J | | |
| 40.   p) Vanguard Index Funds Small cap | A | Dividend | J | T | Buy | 12/26/14 | J | | |
| 41.   q) Verizon Communications | A | Dividend | J | T | Buy | 02/24/14 | J | | |
| 42.   r) Blackrock Strategic Income | A | Dividend | L | T | Buy | 07/25/14 | K | | |
| 43.   s) Cohen & Steers Realty Shares | A | Dividend | K | T | Buy | 07/25/14 | K | | |
| 44.   t)Diamond Hill Funds | A | Dividend | K | T | Buy | 07/25/14 | K | | |
| 45.   u) Guggenheim FDS TR | A | Dividend | L | T | Buy | 07/25/14 | K | | |
| 46.   v) Oppenheimer International | A | Dividend | K | T | Buy | 07/25/14 | J | | |
| 47.   w) Riverpark FDS TR | A | Dividend | K | T | Buy | 07/25/14 | K | | |
| 48.   4. Brokerage Account #2 | | | | | | | | | |
| 49.   a) Bank of America Corp | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 50.   b) Exxon Mobile Corp | A | Dividend | K | T | | | | | |
| 51.   c) IDEARC Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. d) Johnson & Johnson | A | Dividend | K | T | | | | | |
| 53. e) Simon Property Group Inc, New | A | Dividend | K | T | | | | | |
| 54. f) U.S. Bancorp DE New | A | Dividend | J | T | | | | | |
| 55. g) Universal Health Realty Income Trust Shares Beneficial In | A | Dividend | J | T | | | | | |
| 56. h) Verizon Communications, Inc | A | Dividend | J | T | | | | | |
| 57. i) Washington Mutual Company | A | Dividend | J | T | | | | | |
| 58. j) Capital Income Bldr Fund Class A | A | Dividend | | | Sold | 07/25/14 | L | A | |
| 59. k) American Income Fd of Amer Inc. CL A | A | Dividend | | | Sold | 07/25/14 | L | A | |
| 60. l) Kinder Morgan Energy Partners LP Unit LP Int | B | Dividend | | | Sold | 12/02/14 | L | E | |
| 61. m) Plains All Amern Pipeline LC | A | Dividend | K | T | | | | | |
| 62. n) Allstate Corp | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 63. o) Fidelity National Information Services | A | Dividend | J | T | | | | | |
| 64. p) M&I Corp. (See VIII) | | | | | | | | | |
| 65. q) Fairpoint Communications, Inc. | A | Dividend | J | T | | | | | |
| 66. r) Weingarten Realty Investors | A | Dividend | | | Sold | 07/25/14 | J | A | |
| 67. s) Walgreen Co. n/k/a Walgreen Boots Alliance Inc | A | Dividend | J | T | | | | | |
| 68. t) Frontier Communication Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. u) Cisco Systems, Inc. | A | Interest | | | Sold | 11/17/14 | K | A | |
| 70. v) IShares MSCI Emerging Markets | A | Dividend | K | T | Buy | 12/26/14 | K | | |
| 71. w) IShares Int'l Select | A | Dividend | K | T | Buy | 11/10/14 | K | | |
| 72. x) Vanguard IndexFunds Mid-Cap | A | Dividend | J | T | Buy | 12/26/14 | J | | |
| 73. y) Vanguard Index Funds Small-cap | A | Dividend | J | T | Buy | 12/26/14 | J | | |
| 74. z) Blackrock Strategic Income | A | Dividend | K | T | Buy | 07/25/14 | K | | |
| 75. aa) Guggenheim FDS TR | A | Dividend | K | T | Buy | 07/25/14 | K | | |
| 76. bb) Oppenheimer International | A | Dividend | K | T | Buy | 07/25/14 | K | | |
| 77. cc) Washington Prime Group | A | Dividend | J | T | Buy | 05/29/14 | J | | |
| 78. dd) WMI Holdings | A | Dividend | J | T | Buy | 08/12/14 | J | | |
| 79. IRA #2 | | | | | | | | | |
| 80. a) JP Morgan CC | A | Interest | J | T | | | | | |
| 81. b) AMG Southernsun US EQI | A | Dividend | J | T | Buy | 07/25/14 | J | | |
| 82. c) Blackrock Strategic Income | A | Dividend | J | T | Buy | 07/25/14 | J | | |
| 83. d) Cohen & Steers Realty Shares | A | Dividend | J | T | Buy | 07/25/14 | J | | |
| 84. e) Diamond Hill Funds | A | Dividend | J | T | Buy | 07/25/14 | J | | |
| 85. f) Guggenheim FDS TR | A | Dividend | J | T | Buy | 07/25/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. g) Oppenheimer Developing | A | Dividend | J | T | Buy | 07/25/14 | J | | |
| 87. h) Oppenheimer International | A | Dividend | J | T | Buy | 07/25/14 | J | | |
| 88. i) Riverpark FDS TR | A | Dividend | J | T | Buy | 07/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. 64. p)  Brokerage Account 2   M&I Corp Stock disposed of prior to 2012. Inadvertently remaind on reports. No longer have records to provide details of disposition.

| Name of Person Reporting | Date of Report |
|---|---|
| Goodstein, Aaron E. | 05/13/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Aaron E. Goodstein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544